## UNITED STATES DISTRICT COURT
### *Eastern District of Washington*

DAVID FLORES,

        Plaintiff,

        v.

THE CITY OF WENATCHEE; and MARK HUSON,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-0330-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to the Court's Order entered May 17, 2012, ECF No. 47, judgment is entered in Defendants' favor with prejudice as to Mr. Flores' § 1983 claim against Sergeant Huson and false arrest claim against both Defendants.

5/17/2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas